Misc. No. 12–8028/AF. Patrick Carter, Petitioner v. The United States, The United States Air Force Court of Criminal Appeals, and Commander, United States Naval Consolidated Brig, Miramar, California, Respondents. On consideration of the petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus, it is ordered that said petition is hereby denied.